Dossey DOUGLAS, Plaintiff–Appellant,

v.

**CALIFORNIA DEPARTMENT OF YOUTH AUTHORITY,**
Defendant–Appellee.

No. 99–17140.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted June 4, 2001

Filed Nov. 14, 2001

Amended Nov. 26, 2001

David C. Anton, Davis, California, attorney for the plaintiff-appellant.

Teresa Michelle Laird, Deputy Attorney General, Oakland, California, attorney for the defendant-appellee.

Before: PREGERSON, FERGUSON, and HAWKINS, Circuit Judges.

1. The Honorable William D. Browning, United States District Judge for the District of

**ORDER**

The opinion filed November 14, 2001 is amended as follows:

1) Page 15760, fourth line from the bottom, change sentence "Whether CYA waived the immunity defense below by its conduct in this case turns on factual disputes." to "Whether CYA waived the immunity defense below by its conduct in this case may conceivably be resolved on the basis of further factfinding."